Clerk of Court
U.S. Courthouse
228 Walnut St.
PO Box 983
Harrisburg, PA 17108

Date: Nov. 11, 2011

RE: JAMES A. LUCAS v. B.A. BLEDSOE, et al,
Civil No: 1:11-CV-02318

**FILED**
HARRISBURG, PA

NOV 1 6 2012

MARIE D'ANDREA, CLERK
Per _____
            Deputy Clerk

Clerk of Court,

Greetings, and I hope you had a blessed Veterans' Day.

I am pro-se Plaintiff in the above case, and I am inquiring to know the current status of the case, so I can determine the appropriate next step in keeping it moving forward. If you can assist me in this inquiry I will highly appreciate it.

Thank you for your time and patience. Have a nice day.

Respectfully,

James A. Lucas #08301-003
USP Lewisburg
PO Box 1000
Lewisburg, PA 17837

[C.C File: Personal File]

Inmate Name: James A. Lucas
Register Number: 08501-003
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail

RECEIVED
HARRISBURG, PA
NOV 16 2012
MARY E. D'ANDREA, CLERK
Per _____

Clerk of Court
US Courthouse
228 Walnut St.
PO Box 983
Harrisburg, PA 17108

HARRISBURG PA 171
25 NOV 2012 PM 3 L